# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| DR. J.C. GARNER, O.D., | : No. 737 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| BUREAU OF PROFESSIONAL AND | : |
| OCCUPATIONAL AFFAIRS, STATE | : |
| BOARD OF OPTOMETRY, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 25th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.